2015-CI-00039

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/5/2015 10:40:33 AM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| THELMA FRANCO | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| | § | |
| V. | § | 288TH JUDICIAL DISTRICT |
| | § | |
| RODERICK SANCHEZ, AS DIRECTOR | § | |
| OF DEVELOPMENT SERVICES FOR | § | |
| CITY OF SAN ANTONIO, CITY OF SAN | § | |
| ANTONIO, PLANNED PARENTHOOD | § | |
| OF SOUTH TEXAS, AND DELANTERO | § | |
| INVESTORS, LTD. | § | BEXAR COUNTY, TEXAS |

## ORDER DENYING PLAINTIFF'S REQUEST FOR TEMPORARY INJUNCTION

On January 28, 2015, came on to be heard Petitioner Thelma Franco's request for temporary injunction, as prayed for in *Petitioner's First Supplemental Application for Writ of Mandamus and Original Petition and Application for Temporary Restraining Order and Temporary Injunction.* The case was called for hearing on Petitioner's application for temporary injunction. The parties, through their counsel, announced ready, and the Court heard the testimony and reviewed the exhibits admitted in evidence on offer of the respective parties, and heard the argument of counsel.

It is this Court's ORDER that Petitioner's application for issuance of a temporary injunction in this cause is DENIED.

Signed on this the _____ day of ___FEB - 5 2015___, 2015.

_____
Sol Casseb, District Judge, Bexar County, Texas

Approved as to form only:

*[signature: Dennis J. Drouillard]*

Dennis J. Drouillard
State Bar No. 00793641
Riverview Towers
111 Soledad, Suite 339
San Antonio, Texas 78205
*Attorney for Plaintiff*


Deborah L. Klein
Office of the City Attorney
111 Soledad St., 10th Floor
San Antonio, Texas 78205
*Attorney for Defendant City of San Antonio*


Shawn Fitzpatrick
Fitzpatrick & Kosanovich, PC
P.O. Box 831121
San Antonio, Texas 78283-1121
*Counsel for Roderick Sanchez*


Mark Sessions
TxBar 18039500
Merritt Clements
TxBar 04369500
Strasburger, Attorneys at Law
2301 Broadway Street
San Antonio, Texas 78215
*Attorney for Defendants Planned Parenthood
and Delantero Investors, Ltd.*

Agreed as to form:

_____
Dennis J. Drouillard
Riverview Towers
111 Soledad, Suite 339
San Antonio, Texas 78205
*Attorney for Plaintiff*

Deborah Klein, by permission (SKF)
_____
Deborah L. Klein
Office of the City Attorney
111 Soledad St., 10th Floor
San Antonio, Texas 78205
*Attorney for Defendant City of San Antonio*

_____
Shawn Fitzpatrick
Fitzpatrick & Kosanovich, PC
P.O. Box 831121
San Antonio, Texas 78283-1121
*Counsel for Roderick Sanchez*

_____
Mark Sessions
TxBar 18039500
Merritt Clements
TxBar 04369500
Strasburger, Attorneys at Law
2301 Broadway Street
San Antonio, Texas 78215
*Attorney for Defendants Planned Parenthood and Delantero Investors, Ltd.*

Agreed as to form:

_____
Dennis J. Drouillard
Riverview Towers
111 Soledad, Suite 339
San Antonio, Texas 78205
*Attorney for Plaintiff*

_____
Deborah L. Klein
Office of the City Attorney
111 Soledad St., 10th Floor
San Antonio, Texas 78205
*Attorney for Defendant City of San Antonio*

_____
Shawn Fitzpatrick
Fitzpatrick & Kosanovich, PC
P.O. Box 831121
San Antonio, Texas 78283-1121
*Counsel for Roderick Sanchez*

Mark Sessions
TxBar 18039500
Merritt Clements
TxBar 04369500
Strasburger, Attorneys at Law
2301 Broadway Street
San Antonio, Texas 78215
*Attorney for Defendants Planned Parenthood and Delantero Investors, Ltd.*